UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES MARTIN,

                          Plaintiff,

v.                                          Civil Action No. 12-cv-00885

NCO FINANCIAL SYSTEMS, INC.,

                          Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff JAMES MARTIN, hereby voluntarily dismisses this action against Defendant NCO FINANCIAL SYSTEMS, INC., with prejudice.

DATED:  March 14, 2013

/s/ *Seth J. Andrews, Esq.*

---

Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884